**Andrew SIARTO v. COMMISSIONER OF INTERNAL REVENUE.**

No. 10627.

United States Court of Appeals
Sixth Circuit.

Dec. 8, 1948.

Edgar W. Pugh and George L. Cassidy, both of Detroit, Mich., for petitioner.

294

Theron L. Caudle, Charles Oliphant, Sewall Key, Bernard D. Daniels, George A. Stinson, Ellis N. Slack, and Irving I. Acelral, all of Washington, D. C., for respondent.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This case came on to be heard on the record and briefs and oral argument of counsel. And no reversible error appearing in the record: It is ordered that the decision of the Tax Court be, and it hereby is affirmed for the reasons given and the grounds stated in the findings of fact and opinion of the Tax Court.